**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 10, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00426-CV

## IN RE IBH INVESTMENTS LLC AND SHARON LESHIKAR, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-221958**

## MEMORANDUM OPINION

On May 11, 2015, relators IBH Investments LLC and Sharon Leshikar filed a petition for writ of mandamus in this court. On June 26, 2015, relators filed a letter with this court stating that the parties had settled the underlying suit and that a motion to dismiss had been filed with the trial court. On July 7, 2015, this court issued an order abating this case until September 7, 2015, or until such time as either party files a motion to dismiss the original proceeding or supplements the

mandamus record to include the trial court's order dismissing the underlying suit. On October 27, 2015, the court issued an order that: (1) within ten days of this order, relators shall file a letter or motion advising this court as to whether relators request this court to proceed with or abate this mandamus proceeding, or to dismiss their petition for writ of mandamus, and (2) should relators fail to comply with this order, the court will dismiss relators' petition for writ of mandamus.

Relators have not filed the letter or motion required by the order issued on October 27, 2015. Accordingly, we dismiss relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.